# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMVERSE, INC., a Delaware corporation, -and- COMVERSE TECHNOLOGY, INC. a New York corporation, Plaintiffs, vs. BELLSOUTH CORPORATION, BELLSOUTH INTELLECTUAL PROPERTY GROUP, INC., BELLSOUTH INTELLECTUAL PROPERTY MANAGEMENT CORPORATION, BELLSOUTH INTELLECTUAL MARKETING CORPORATION and BELLSOUTH INTELLECTUAL PROPERTY CORPORATION, all Georgia corporations, Defendants. | Civil Action No. JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiffs, Comverse, Inc. and Comverse Technology, Inc., as and for their complaint against defendants, BellSouth Corporation, BellSouth Intellectual Property Group, Inc. and BellSouth Intellectual Property Management Corporation, state as follows:

1. Plaintiff Comverse, Inc. is a Delaware corporation having a principal place of business at 100 Quannapowitt Parkway, Wakefield, MA 01880.

2. Plaintiff Comverse Technology, Inc. is a new York Corporation having a principal place of business at 170 Crossways Park Drive, Woodbury, NY 11797.

3. Upon information and belief, defendant BellSouth Corporation is a Georgia corporation having a principal place of business at 1155 Peachtree Street N.E., Atlanta, GA 30309.

4. Upon information and belief, defendant BellSouth Intellectual Property Group, Inc. is a Georgia corporation having a principal place of business at 40 Technology Parkway South, Norcross, GA 30092.

5. Upon information and belief, defendant BellSouth Intellectual Property Management Corporation is a Georgia corporation having a principal place of business at 40 Technology Parkway South, Norcross, GA 30092.

6. Upon information and belief, defendant BellSouth Intellectual Property Marketing Corporation is a Georgia corporation having a principal place of business at 40 Technology Parkway South, Norcross, GA 30092.

7. Upon information and belief, defendant BellSouth Intellectual Property Corporation is a Georgia corporation having a principal place of business at 40 Technology Parkway South, Norcross, GA 30092.

8. This complaint is brought pursuant to 28 U.S.C. §§ 2201 and 2202, in that it requests a declaratory judgment relating to U.S. Patent No. 5,857,013 ("the '013 patent").

9. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 2201, 2202 relating to declaratory judgment actions and 28 U.S.C. § 1338(a) relating to patent actions.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c).

11. The '013 patent issued on January 5, 1999 and relates to methods for automatically returning voice mail messages.

12. Upon information and belief, defendant BellSouth Corporation is the owner by assignment of the '013 patent.

13. Defendants allege that certain products marketed by plaintiffs in this district and elsewhere infringe the '013 patent.

14. As a result of defendants' allegations, plaintiffs are in reasonable apprehension of suit.

14. Plaintiffs deny that their products infringe, either literally or under the doctrine of equivalents, any valid and/or enforceable claim of the '013 patent.

15. Plaintiffs have not induced or contributed to the infringement of any valid and/or enforceable claim of the '013 patent.

16. As a result of the foregoing, an actual and justifiable controversy exists between plaintiffs and defendants regarding the '013 patent.

WHEREFORE, plaintiffs request that this Court:

(a) declare that plaintiffs have not infringed any valid and/or enforceable claim of the '013 patent;

(b) preliminarily and permanently enjoin defendants from asserting that plaintiffs have infringed the '013 patent;

(c) award plaintiffs their costs, expenses and attorneys' fees incurred in this matter; and

(d) award plaintiffs such further relief as this Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all issues so triable.

Respectfully submitted,

**COMVERSE, INC.**
**COMVERSE TECHNOLOGY, INC.**

Date: March 17, 2004

*/s/ DanBostock*

A. Jason Mirabito (BBO # 349040)
William D. Belanger (BBO # 657184)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,**
  **GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Plaintiffs

LIT 1449603v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) <u>Comverse, Inc., et al. v. BellSouth Corporation, et al.</u>

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(I)).

   ____  I.    160, 410, 470, R23, REGARDSLESS OF NATURE OF SUIT.

   _X_  II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases

   ____  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ____  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ____  V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1)

   _____

   *Stamp: 04 10545 JLT*

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ☐  NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS EFFECTING THE PUBLIC INTEREST?  (SEE 28 USC 2403)
   YES ☐  NO ☒
   IF SO, IS THE U.S.A. OF AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)   YES ☐  NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC2284?
   YES ☐  NO ☒

7. DO <u>ALL</u> PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS <u>(WORCESTER COUNTY)</u> <u>(SEE LOCAL RULE 40.1(C))</u>.
   YES ☐  NO ☒
   OR IN THE WESTERN SECTION <u>(BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)</u>? - <u>(SEE LOCAL RULE 40.1(D))</u>.
   YES ☐  NO ☒

8. DO <u>ALL</u> OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?
   YES ☐  NO ☒

(a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?  <u>Eastern</u>

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION    YES ☐  NO ☐    OR WESTERN SECTION    YES ☐  NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Dean G. Bostock, Esq.
ADDRESS            Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                   One Financial Center, Boston, MA 02111
TELEPHONE NO.      617-542-6000

(Categfrm.rev - 3/97)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Comverse, Inc., Comverse Technology, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
BellSouth Corporation, BellSouth Intellectual Property Group, Inc., BellSouth Intellectual Property Management Corporation, BellSouth Intellectual Marketing Corporation and BellSouth Intellectual Property Corporation.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Dean G. Bostock, Esq.
Mintz, Levin Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
617-542-6000

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|                                                     | PTF | DEF |                                                                     | PTF | DEF |
|-----------------------------------------------------|-----|-----|---------------------------------------------------------------------|-----|-----|
| Citizen of This State                               | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State           | ☒ 4 | ☐ 4 |
| Citizen of Another State                            | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State       | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country             | ☐ 3 | ☐ 3 | Foreign Nation                                                      | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checkboxes — Patent (830) checked under PROPERTY RIGHTS]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Action for declaratory judgment relating to patent, 28 USC §§ 2201, 2202.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER FR C.P 23
DEMAND $
CHECK YES only if demanded in JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____   DOCKET NUMBER _____

DATE 3/17/04
SIGNATURE OF ATTORNEY OF RECORD  /s/ Dean Bostock

FOR OFFICE USE ONLY

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG JUDGE ____