## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

COMVERSE, INC., )
a Delaware corporation, )
-and- )
 )
COMVERSE TECHNOLOGY, INC. )
a New York corporation, )
 )
Plaintiffs, )
 )
vs. )
 )
BELLSOUTH CORPORATION, BELLSOUTH )
INTELLECTUAL PROPERTY GROUP, INC., )
BELLSOUTH INTELLECTUAL PROPERTY )
MANAGEMENT CORPORATION, BELLSOUTH )
INTELLECTUAL MARKETING CORPORATION )
and BELLSOUTH INTELLECTUAL PROPERTY )
CORPORATION, )
 )
all Georgia corporations, )
 )
Defendants. )

04 10545 JLT

MAGISTRATE JUDGE Collings

RECEIPT # ___
AMOUNT $ 150
SUMMONS ISSUED Yes
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. T.OM
Civil Action No. 3/18/04

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs, Comverse, Inc. and Comverse Technology, Inc., make the following corporate disclosure pursuant to Local Rule 7.3(A):

- Comverse Inc. is wholly owned by Comverse Technology, Inc.;

- Comverse Technology, Inc. has issued stock that is publicly traded;

- Other than as indicated above, no publicly traded corporation owns more than 10% of the stock of Comverse, Inc. or Comverse Technology, Inc.

Date: March 17, 2004

Respectfully submitted,

**COMVERSE, INC.**
**COMVERSE TECHNOLOGY, INC.**

*/s/ [signature]*

A. Jason Mirabito (BBO # 349040)
William D. Belanger (BBO # 657184)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,**
  **GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Plaintiffs

LIT 1449659v1