UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMVERSE, INC.                        )
                                      )
    And                               )
                                      )
COMVERSE TECHNOLOGY, INC.             )
        Plaintiffs,                   )
    V                                 )
                                      )    CA 04- 10545-JLT
                                      )
BELLSOUTH CORP., ET AL                )
    Defendants.                       )

ORDER

MARCH 23, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge