**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:    Civil / Criminal  No.    04cv10545 JLT

Title: **Comverse, Inc et al v BellSouth Corp et al**
**N O T I C E**

Please take notice that the above-entitled case previously assigned to

Judge   **Tauro**   has been transferred to  Judge **Wolf**  for all further proceedings.  From

this date forward the case number on all pleadings should be followed by the initials **MLW**.

Thank you for your cooperation in this matter.

> TONY ANASTAS
> CLERK OF COURT
>
> By:    /S/ Kimberly M. Abaid
>         Deputy Clerk

Date:    March 26/2004

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel

(In-House re-assign-recusal.wpd - 12/98)                                                                [ntccsasgn.]