## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMVERSE, INC., <br><br> a Delaware corporation, <br><br> -and- <br><br> COMVERSE TECHNOLOGY, INC. <br><br> a New York corporation, <br><br>                 Plaintiffs, <br><br> vs. <br><br> BELLSOUTH CORPORATION, BELLSOUTH INTELLECTUAL PROPERTY GROUP, INC., BELLSOUTH INTELLECTUAL PROPERTY MANAGEMENT CORPORATION, BELLSOUTH INTELLECTUAL MARKETING CORPORATION and BELLSOUTH INTELLECTUAL PROPERTY CORPORATION, <br><br>          all Georgia corporations, <br><br>                 Defendants. | C.A. No. 04-10545 JLT <br><br><br> JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs, Comverse, Inc., and Comverse Technology, Inc., hereby notices its voluntary dismissal without prejudice of all claims against defendants, Bellsouth Corporation, BellSouth Intellectual Property Group, Inc., BellSouth Intellectual Property Management

Corporation, BellSouth Intellectual Marketing Corporation and BellSouth Intellectual Property Corporation, asserted in the above-captioned action.

Respectfully submitted,

**COMVERSE, INC.
COMVERSE TECHNOLOGY, INC.**

Date: March 26, 2004

A. Jason Mirabito (BBO # 349040)
William D. Belanger (BBO # 657184)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Plaintiffs

TRA 1901833v1